```
                                    FILED
                               JUDGMENT ENTERED

                                    3/13/06
                                     (date)

                                by:     S. Robles
                                    Deputy Clerk
                               U.S. District Court
                           Eastern District of California
                             X     FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

CELSO GUERRERO,

        Plaintiff,

vs.

        **JUDGMENT IN A CIVIL ACTION**

        CV-F-06-207 REC
        CR-F-96-5339 MDC

UNITED STATES OF AMERICA

        Defendant.
_____/

        DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's deemed motion for relief pursuant to 28 U.S.C. 2255 is DENIED.

DATED:  3/13/06

        JACK L. WAGNER, Clerk

        By: /s/ S. Robles,
        Deputy Clerk

jgm.2255
2/1/95